NUMBER 13-05-330-CV

 

                         COURT OF APPEALS

 

               THIRTEENTH DISTRICT OF TEXAS

 

                  CORPUS CHRISTI - EDINBURG

___________________________________________________________________

 

RICHARD
KELLY AND DENISE KELLY,                        Appellants,

 

                                           v.

 

JIMMY
DON KRAUSER,                                              Appellee.

___________________________________________________________________

 

                  On appeal from the 135th
District Court 

                           of Victoria
County, Texas.

___________________________________________________________________

 

                     MEMORANDUM OPINION

 

                  Before Justices
Hinojosa, Yañez, and Garza

                             Memorandum Opinion
Per Curiam

 








Appellants, RICHARD KELLY AND DENISE KELLY, perfected an appeal from a judgment
entered by the 135th District Court of Victoria
County, Texas, in cause number 03-6-59,876-B.   After the notice of appeal was filed and
after the appeal was abated pending settlement, 
the parties filed a joint motion to reinstate the appeal and reverse and
render a take-nothing judgment effectuating the parties= settlement
agreement.  In the motion, the parties
state that the settlement in this matter has been finalized.  The parties request that the appeal be
reinstated and that the judgment of the trial court be reversed and judgment
rendered that appellee take nothing on all of his claims against
appellants.  The parties further request
that all costs be taxed against the party incurring them.

The Court, having
examined and fully considered the documents on file and  the parties= joint motion, is of the opinion that the motion
should be granted.  The joint motion is
granted.  The appeal is reinstated,  the judgment of the trial court is hereby
REVERSED, and judgment is RENDERED that appellee take nothing on his claims
against appellants.  Costs of the appeal
are adjudged against the party incurring same.

 

PER CURIAM

Memorandum Opinion delivered and filed 

this the 4th day of August, 2005.